IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NO. 04-663-02

SANTOS DIAZ  :
a/k/a "Edgar Maldonado-Hernandez"

## ORDER

AND NOW, this 20th day of March, 2014, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant, it is hereby

ORDERED

that Indictment No. 04-663-02, as it relates to the above-captioned defendant, is dismissed without prejudice. It is further ordered that the warrant issued for the arrest of defendant is hereby QUASHED.

BY THE COURT:

_____
HONORABLE STEWART DALZELL
*Judge, United States District Court*